**Andrew P. JOHNSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27650.**

Court of Criminal Appeals of Texas.

June 8, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is sodomy; the punishment, two years in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.